# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

_____
                                          :
LAUREN BAKER,                             :
                                          :
      Plaintiff,                      :
                                          :
v.                                        :     Civil Action No.:
                                          :
LENNAR CORPORATION,                       :
                                          :
      Defendant.                      :
                                          :
_____   :

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, Lauren Baker ("Baker" or "Plaintiff"), brings this complaint in the United States District Court for the Southern District of Florida against LENNAR CORPORATION ("Lennar" or "Defendant"), alleging as follows:

## THE PARTIES

1. Plaintiff Lauren Baker is an experienced commercial photographer, specializing in landscapes and nature photography. Baker resides in San Antonio, Florida.

2. Defendant is a Corporation organized and existing under the laws of the State of Florida with its principal place of business located in Miami, Florida. Defendant's agent for service of process is CT Corporation System, 1200 South Pine Island Road, Plantation, Florida, 33324.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant because Defendant has maintained sufficient minimum contacts with the State of Florida and as a result the exercise of personal

jurisdiction over Defendant by this Court would not offend traditional notices of fair play and substantial justice.

5.   Venue is proper in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agent(s) reside or may be found in this district: "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."

## **FACTS**

### I.   **The Photographs at Issue in this Lawsuit**

6.   On May 27, 2023, Lauren Baker captured the photographs, "IMG_8841," "IMG_8840," "IMG_8839," "IMG_8838," "IMG_8837," "IMG_8836," "IMG_8835," ("Copyrighted Photographs") copies of which are exhibited below:















7.   Copyrighted Photographs were registered by Lauren Baker with the United States

Copyright Office on April 29, 2024 (Registration No.: VA 2-407-955).

8.   For all times relevant to this action, Plaintiff has been the author and exclusive copyright

holder of all copyright rights in and to Copyrighted Photographs. As such, Plaintiff is entitled to

institute and maintain this action for copyright infringement. See 17 U.S.C. § 501(b).

## II.    Defendant's Unlawful Activities

9.   Defendant is a home construction company that specializes in single family homes,

townhomes and condominiums, fifty-five and older communities, and multigenerational homes.

Lennar does business throughout the United States.

10. Beginning on or about June 1, 2023, Defendant copied, posted, or caused to be posted

Copyrighted Photographs to the Stellar MLS (Multiple Listing Service) website,

www.stellar.mlsmatrix.com/matrix ("MLS Infringements"), for the following properties for rent

or sale in San Antonio, Florida 33576:

- 10292 Trumpet Honeysuckle Way
- 10334 Trumpet Honeysuckle Way
- 10336 Trumpet Honeysuckle Way
- 10330 Honey Hammock Way
- 10334 Honey Hammock Way
- 10958 Gable Dig Loop
- 10371 Trumpet Honeysuckle Way
- 11012 Gable Dig Loop
- 10998 Gable Dig Loop
- 10337 Trumpet Honeysuckle Way
- 10288 Honey Hammock Way
- 10992 Gable Dig Loop
- 10335 Honey Hammock Way
- 10894 Gable Dig Loop
- 10874 Gable Dig Loop
- 10856 Gable Dig Loop
- 11545 Radiant Shore Loop
- 32126 Pop Ash Pl
- 11442 Radiant Shore Loop
- 32131 Pop Ash Pl
- 10347 Honey Hammock Way
- 11672 Radiant Shore Loop
- 11650 Radiant Shore Loop
- 11677 Radiant Shore Loop
- 10694 Tupper Cay Dr
- 11570 Radiant Shore Loop

- 32325 Wishing Haven Dr
- 10761 Tupper Cay Dr
- 32324 Wishing Haven Dr
- 10675 Tupper Cay Dr
- 11385 Linden Depot Rd
- 32301 Wishing Haven Dr
- 10631 Tupper Cay Dr
- 11484 Radiant Shore Loop
- 10686 Tupper Cay Dr
- 10678 Tupper Cay Dr
- 10658 Tupper Cay Dr
- 11377 Linden Depot Rd
- 11457 Linden Depot Rd
- 11595 Radiant Shore Loop
- 11498 Radiant Shore Loop
- 10742 Tupper Cay Dr
- 11437 Linden Depot Rd
- 11401 Linden Depot Rd
- 32310 Wishing Haven Dr
- 11445 Linden Depot Rd
- 11478 Linden Depot Rd
- 32338 Cannon Rush Dr
- 10342 Trumpet Honeysuckle Way
- 10352 Honey Hammock Way
- 10356 Trumpet Honeysuckle Way
- 10374 Trumpet Honeysuckle Way
- 10370 Trumpet Honeysuckle Way
- 10338 Trumpet Honeysuckle Way
- 10320 Trumpet Honeysuckle Way
- 10375 Trumpet Honeysuckle Way
- 10356 Honey Hammock Way
- 10365 Trumpet Honeysuckle Way
- 10360 Honey Hammock Way
- 10346 Honey Hammock Way
- 10379 Trumpet Honeysuckle Way
- 10387 Trumpet Honeysuckle Way
- 32038 Powderpuff Mimosa Dr
- 11011 Gable Dig Loop
- 10948 Gable Dig Loop
- 11016 Gable Dig Loop

- 32220 Cannon Rush Dr
- 10954 Gable Dig Loop
- 11008 Gable Dig Loop
- 32164 Powderpuff Mimosa Dr
- 11004 Gable Dig Loop
- 10315 Honey Hammock Way
- 11629 Radiant Shore Loop
- 10303 Honey Hammock Way
- 10428 Lavender Aster Trl
- 32132 Pop Ash Pl
- 32135 Pop Ash Pl
- 10321 Honey Hammock Way
- 10341 Honey Hammock Way
- 10359 Honey Hammock Way
- 11306 Linden Depot Rd
- 11708 Radiant Shore Loop
- 32100 Powderpuff Mimosa Dr
- 11738 Radiant Shore Loop
- 11742 Radiant Shore Loop
- 11265 Linden Depot Rd
- 11465 Linden Depot Rd
- 11429 Linden Depot Rd
- 11415 Linden Depot Rd
- 11571 Radiant Shore Loop
- 11530 Radiant Shore Loop
- 10683 Tupper Cay Dr
- 11750 Radiant Shore Loop
- 11686 Radiant Shore Loop
- 11642 Radiant Shore Loop
- 11607 Radiant Shore Loop
- 11721 Radiant Shore Loop
- 11524 Radiant Shore Loop
- 11634 Radiant Shore Loop
- 11714 Radiant Shore Loop
- 11460 Linden Depot Rd
- 11384 Linden Depot Rd
- 11701 Radiant Shore Loop
- 11664 Radiant Shore Loop
- 10653 Tupper Cay Dr
- 11743 Radiant Shore Loop

- 11333 Linden Depot Rd
- 11400 Linden Depot Rd
- 10646 Tupper Cay Dr
- 11393 Linden Depot Rd
- 11307 Linden Depot Rd
- 11358 Linden Depot Rd
- 11428 Linden Depot Rd
- 32302 Wishing Haven Dr
- 32260 Cannon Rush Dr
- 32279 Cannon Rush Dr
- 32248 Cannon Rush Dr
- 32303 Cannon Rush Dr
- 32274 Cannon Rush Dr
- 11093 Linden Depot Rd
- 31670 Cannon Rush Dr
- 10969 Gable Dig Loop
- 11028 Radiant Shore Loop
- 11078 Radiant Shore Loop
- 11042 Radiant Shore Loop
- 10378 Honey Hammock Way
- 32115 Powderpuff Mimosa Dr
- 10388 Trumpet Honeysuckle Way
- 10398 Trumpet Honeysuckle Way
- 32131 Powderpuff Mimosa Dr
- 32111 Powderpuff Mimosa Dr
- 32073 Powderpuff Mimosa Dr
- 32137 Powderpuff Mimosa Dr
- 32157 Powderpuff Mimosa Dr
- 10400 Trumpet Honeysuckle Way
- 32153 Powderpuff Mimosa Dr
- 32171 Powderpuff Mimosa Dr
- 32167 Powderpuff Mimosa Dr
- 10417 Lavender Aster Trl
- 10447 Lavender Aster Trl
- 10374 Honey Hammock Way
- 32163 Powderpuff Mimosa Dr
- 32121 Powderpuff Mimosa Dr
- 32117 Powderpuff Mimosa Dr
- 32127 Powderpuff Mimosa Dr
- 10429 Lavender Aster Trl

- 10425 Lavender Aster Trl
- 10421 Lavender Aster Trl
- 32251 Powderpuff Mimosa Dr
- 32197 Powderpuff Mimosa Dr
- 32193 Powderpuff Mimosa Dr
- 10413 Lavender Aster Trl
- 10455 Lavender Aster Trl
- 32125 Powderpuff Mimosa Dr
- 31524 Magna Gulf Loop
- 10407 Lavender Aster Trl
- 32211 Powderpuff Mimosa Dr
- 32187 Powderpuff Mimosa Dr
- 32181 Cannon Rush Dr
- 10451 Lavender Aster Trl
- 10433 Lavender Aster Trl
- 32048 Cannon Rush Dr
- 32153 Cannon Rush Dr
- 32140 Cannon Rush Dr
- 10359 Lavender Aster Trl
- 32180 Cannon Rush Dr
- 32168 Cannon Rush Dr
- 32211 Cannon Rush Dr
- 32146 Powderpuff Mimosa Dr
- 11772 Radiant Shore Loop
- 10958 Radiant Shore Loop
- 32235 Cannon Rush Dr
- 32039 Pop Ash Pl
- 32071 Pop Ash Pl
- 10981 Gable Dig Loop
- 32052 Powderpuff Mimosa Dr
- 32124 Powderpuff Mimosa Dr
- 32192 Cannon Rush Dr
- 10392 Lavender Aster Trl
- 32134 Powderpuff Mimosa Dr
- 32094 Powderpuff Mimosa Dr
- 11014 Radiant Shore Loop
- 32112 Powderpuff Mimosa Dr
- 10376 Lavender Aster Trl
- 32070 Powderpuff Mimosa Dr
- 32059 Pop Ash Pl

- 32062 Powderpuff Mimosa Dr
- 11193 Linden Depot Rd
- 10380 Lavender Aster Trl
- 32046 Powderpuff Mimosa Dr
- 11756 Radiant Shore Loop
- 11244 Linden Depot Rd
- 11000 Radiant Shore Loop
- 32088 Powderpuff Mimosa Dr
- 32056 Powderpuff Mimosa Dr
- 32140 Powderpuff Mimosa Dr
- 32106 Powderpuff Mimosa Dr
- 32085 Pop Ash Pl
- 11257 Linden Depot Rd
- 11205 Linden Depot Rd
- 11180 Linden Depot Rd
- 11237 Linden Depot Rd
- 11210 Linden Depot Rd
- 11177 Linden Depot Rd
- 11123 Linden Depot Rd
- 10502 Tupper Cay Dr
- 11022 Radiant Shore Loop
- 11100 Radiant Shore Loop
- 11048 Radiant Shore Loop
- 32016 Hawthorne Cottage Pl
- 11021 Radiant Shore Loop
- 11278 Linden Depot Rd
- 11151 Linden Depot Rd
- 11751 Radiant Shore Loop
- 10981 Radiant Shore Loop
- 11737 Radiant Shore Loop
- 11788 Radiant Shore Loop
- 11131 Linden Depot Rd
- 11092 Linden Depot Rd
- 10534 Tupper Cay Dr
- 10623 Tupper Cay Dr
- 10518 Gable Dig Loop
- 32086 Hawthorne Cottage Pl
- 10639 Tupper Cay Dr
- 10502 Gable Dig Loop
- 10482 Gable Dig Loop

- 11289 Linden Depot Rd
- 10460 Gable Dig Loop
- 11172 Linden Depot Rd
- 11065 Linden Depot Rd
- 11270 Linden Depot Rd
- 11006 Radiant Shore Loop
- 11222 Linden Depot Rd
- 11294 Linden Depot Rd
- 10970 Radiant Shore Loop
- 10510 Gable Dig Loop
- 11070 Radiant Shore Loop
- 10992 Radiant Shore Loop
- 11064 Radiant Shore Loop
- 11759 Radiant Shore Loop
- 11034 Radiant Shore Loop
- 11109 Linden Depot Rd
- 10523 Gable Dig Loop
- 11134 Linden Depot Rd
- 11058 Radiant Shore Loop
- 11079 Linden Depot Rd
- 11163 Linden Depot Rd
- 10499 Gable Dig Loop
- 11091 Radiant Shore Loop
- 11764 Radiant Shore Loop
- 11797 Radiant Shore Loop
- 10490 Gable Dig Loop
- 11277 Linden Depot Rd
- 10507 Gable Dig Loop
- 11084 Radiant Shore Loop
- 10460 Tupper Cay Dr
- 10615 Tupper Cay Dr
- 11796 Radiant Shore Loop
- 11009 Radiant Shore Loop
- 10583 Tupper Cay Dr
- 10540 Tupper Cay Dr
- 11139 Linden Depot Rd
- 11039 Radiant Shore Loop
- 11124 Linden Depot Rd
- 10964 Radiant Shore Loop
- 10474 Gable Dig Loop

- 10995 Radiant Shore Loop
- 11258 Linden Depot Rd
- 10609 Tupper Cay Dr
- 10510 Tupper Cay Dr
- 11164 Linden Depot Rd
- 10610 Tupper Cay Dr
- 10634 Tupper Cay Dr
- 11185 Linden Depot Rd
- 11194 Linden Depot Rd
- 11213 Linden Depot Rd
- 11150 Linden Depot Rd
- 10597 Tupper Cay Dr
- 11229 Linden Depot Rd
- 10548 Tupper Cay Dr
- 10534 Gable Dig Loop
- 11286 Linden Depot Rd
- 11245 Linden Depot Rd
- 10296 Trumpet Honeysuckle Way
- 10300 Trumpet Honeysuckle Way
- 10302 Trumpet Honeysuckle Way
- 10306 Trumpet Honeysuckle Way

11. Examples of MLS Infringements are illustrated below:









12. Before uploading its unauthorized copies of Copyrighted Photographs to Stellar MLS, Defendant falsely attested it was the author of, copyright holder of, or was properly licensed to upload of Copyrighted Photographs.

13. Before uploading its unauthorized copies of Copyrighted Photographs to Stellar MLS, Defendant falsely attested to the following: "By submitting content and/or images, you are confirming that you are the content creator, own the copyright to or have proper licensure to upload to Stellar MLS:"



14. Beginning on or about June 1, 2023, Defendant copied, posted, or caused to be posted

Copyrighted Photographs to Zillow ("Zillow Infringements"), www.zillow.com, for the

following property listings in San Antonio, Florida 33576:

- 10292 Trumpet Honeysuckle Way
- 10334 Trumpet Honeysuckle Way
- 10336 Trumpet Honeysuckle Way
- 10330 Honey Hammock Way
- 10334 Honey Hammock Way
- 10958 Gable Dig Loop
- 10371 Trumpet Honeysuckle Way
- 11012 Gable Dig Loop
- 10998 Gable Dig Loop
- 10337 Trumpet Honeysuckle Way
- 10288 Honey Hammock Way
- 10992 Gable Dig Loop
- 10335 Honey Hammock Way
- 10894 Gable Dig Loop
- 10874 Gable Dig Loop
- 10856 Gable Dig Loop
- 11545 Radiant Shore Loop
- 32126 Pop Ash Pl
- 11442 Radiant Shore Loop
- 32131 Pop Ash Pl
- 10347 Honey Hammock Way
- 11672 Radiant Shore Loop
- 11650 Radiant Shore Loop
- 11677 Radiant Shore Loop
- 10694 Tupper Cay Dr
- 11570 Radiant Shore Loop
- 32325 Wishing Haven Dr
- 10761 Tupper Cay Dr
- 32324 Wishing Haven Dr
- 10675 Tupper Cay Dr
- 11385 Linden Depot Rd
- 32301 Wishing Haven Dr
- 10631 Tupper Cay Dr
- 11484 Radiant Shore Loop
- 10686 Tupper Cay Dr

- 10678 Tupper Cay Dr
- 10658 Tupper Cay Dr
- 11377 Linden Depot Rd
- 11457 Linden Depot Rd
- 11595 Radiant Shore Loop
- 11498 Radiant Shore Loop
- 10742 Tupper Cay Dr
- 11437 Linden Depot Rd
- 11401 Linden Depot Rd
- 32310 Wishing Haven Dr
- 11445 Linden Depot Rd
- 11478 Linden Depot Rd
- 32338 Cannon Rush Dr
- 10342 Trumpet Honeysuckle Way
- 10352 Honey Hammock Way
- 10356 Trumpet Honeysuckle Way
- 10374 Trumpet Honeysuckle Way
- 10370 Trumpet Honeysuckle Way
- 10338 Trumpet Honeysuckle Way
- 10320 Trumpet Honeysuckle Way
- 10375 Trumpet Honeysuckle Way
- 10356 Honey Hammock Way
- 10365 Trumpet Honeysuckle Way
- 10360 Honey Hammock Way
- 10346 Honey Hammock Way
- 10379 Trumpet Honeysuckle Way
- 10387 Trumpet Honeysuckle Way
- 32038 Powderpuff Mimosa Dr
- 11011 Gable Dig Loop
- 10948 Gable Dig Loop
- 11016 Gable Dig Loop
- 32220 Cannon Rush Dr
- 10954 Gable Dig Loop
- 11008 Gable Dig Loop
- 32164 Powderpuff Mimosa Dr
- 11004 Gable Dig Loop
- 10315 Honey Hammock Way
- 11629 Radiant Shore Loop
- 10303 Honey Hammock Way
- 10428 Lavender Aster Trl

- 32132 Pop Ash Pl
- 32135 Pop Ash Pl
- 10321 Honey Hammock Way
- 10341 Honey Hammock Way
- 10359 Honey Hammock Way
- 11306 Linden Depot Rd
- 11708 Radiant Shore Loop
- 32100 Powderpuff Mimosa Dr
- 11738 Radiant Shore Loop
- 11742 Radiant Shore Loop
- 11265 Linden Depot Rd
- 11465 Linden Depot Rd
- 11429 Linden Depot Rd
- 11415 Linden Depot Rd
- 11571 Radiant Shore Loop
- 11530 Radiant Shore Loop
- 10683 Tupper Cay Dr
- 11750 Radiant Shore Loop
- 11686 Radiant Shore Loop
- 11642 Radiant Shore Loop
- 11607 Radiant Shore Loop
- 11721 Radiant Shore Loop
- 11524 Radiant Shore Loop
- 11634 Radiant Shore Loop
- 11714 Radiant Shore Loop
- 11460 Linden Depot Rd
- 11384 Linden Depot Rd
- 11701 Radiant Shore Loop
- 11664 Radiant Shore Loop
- 10653 Tupper Cay Dr
- 11743 Radiant Shore Loop
- 11333 Linden Depot Rd
- 11400 Linden Depot Rd
- 10646 Tupper Cay Dr
- 11393 Linden Depot Rd
- 11307 Linden Depot Rd
- 11358 Linden Depot Rd
- 11428 Linden Depot Rd
- 32302 Wishing Haven Dr
- 32260 Cannon Rush Dr

- 32279 Cannon Rush Dr
- 32248 Cannon Rush Dr
- 32303 Cannon Rush Dr
- 32274 Cannon Rush Dr
- 11093 Linden Depot Rd
- 31670 Cannon Rush Dr
- 10969 Gable Dig Loop
- 11028 Radiant Shore Loop
- 11078 Radiant Shore Loop
- 11042 Radiant Shore Loop
- 10378 Honey Hammock Way
- 32115 Powderpuff Mimosa Dr
- 10388 Trumpet Honeysuckle Way
- 10398 Trumpet Honeysuckle Way
- 32131 Powderpuff Mimosa Dr
- 32111 Powderpuff Mimosa Dr
- 32073 Powderpuff Mimosa Dr
- 32137 Powderpuff Mimosa Dr
- 32157 Powderpuff Mimosa Dr
- 10400 Trumpet Honeysuckle Way
- 32153 Powderpuff Mimosa Dr
- 32171 Powderpuff Mimosa Dr
- 32167 Powderpuff Mimosa Dr
- 10417 Lavender Aster Trl
- 10447 Lavender Aster Trl
- 10374 Honey Hammock Way
- 32163 Powderpuff Mimosa Dr
- 32121 Powderpuff Mimosa Dr
- 32117 Powderpuff Mimosa Dr
- 32127 Powderpuff Mimosa Dr
- 10429 Lavender Aster Trl
- 10425 Lavender Aster Trl
- 10421 Lavender Aster Trl
- 32251 Powderpuff Mimosa Dr
- 32197 Powderpuff Mimosa Dr
- 32193 Powderpuff Mimosa Dr
- 10413 Lavender Aster Trl
- 10455 Lavender Aster Trl
- 32125 Powderpuff Mimosa Dr
- 31524 Magna Gulf Loop

- 10407 Lavender Aster Trl
- 32211 Powderpuff Mimosa Dr
- 32187 Powderpuff Mimosa Dr
- 32181 Cannon Rush Dr
- 10451 Lavender Aster Trl
- 10433 Lavender Aster Trl
- 32048 Cannon Rush Dr
- 32153 Cannon Rush Dr
- 32140 Cannon Rush Dr
- 10359 Lavender Aster Trl
- 32180 Cannon Rush Dr
- 32168 Cannon Rush Dr
- 32211 Cannon Rush Dr
- 32146 Powderpuff Mimosa Dr
- 11772 Radiant Shore Loop
- 10958 Radiant Shore Loop
- 32235 Cannon Rush Dr
- 32039 Pop Ash Pl
- 32071 Pop Ash Pl
- 10981 Gable Dig Loop
- 32052 Powderpuff Mimosa Dr
- 32124 Powderpuff Mimosa Dr
- 32192 Cannon Rush Dr
- 10392 Lavender Aster Trl
- 32134 Powderpuff Mimosa Dr
- 32094 Powderpuff Mimosa Dr
- 11014 Radiant Shore Loop
- 32112 Powderpuff Mimosa Dr
- 10376 Lavender Aster Trl
- 32070 Powderpuff Mimosa Dr
- 32059 Pop Ash Pl
- 32062 Powderpuff Mimosa Dr
- 11193 Linden Depot Rd
- 10380 Lavender Aster Trl
- 32046 Powderpuff Mimosa Dr
- 11756 Radiant Shore Loop
- 11244 Linden Depot Rd
- 11000 Radiant Shore Loop
- 32088 Powderpuff Mimosa Dr
- 32056 Powderpuff Mimosa Dr

- 32140 Powderpuff Mimosa Dr
- 32106 Powderpuff Mimosa Dr
- 32085 Pop Ash Pl
- 11257 Linden Depot Rd
- 11205 Linden Depot Rd
- 11180 Linden Depot Rd
- 11237 Linden Depot Rd
- 11210 Linden Depot Rd
- 11177 Linden Depot Rd
- 11123 Linden Depot Rd
- 10502 Tupper Cay Dr
- 11022 Radiant Shore Loop
- 11100 Radiant Shore Loop
- 11048 Radiant Shore Loop
- 32016 Hawthorne Cottage Pl
- 11021 Radiant Shore Loop
- 11278 Linden Depot Rd
- 11151 Linden Depot Rd
- 11751 Radiant Shore Loop
- 10981 Radiant Shore Loop
- 11737 Radiant Shore Loop
- 11788 Radiant Shore Loop
- 11131 Linden Depot Rd
- 11092 Linden Depot Rd
- 10534 Tupper Cay Dr
- 10623 Tupper Cay Dr
- 10518 Gable Dig Loop
- 32086 Hawthorne Cottage Pl
- 10639 Tupper Cay Dr
- 10502 Gable Dig Loop
- 10482 Gable Dig Loop
- 11289 Linden Depot Rd
- 10460 Gable Dig Loop
- 11172 Linden Depot Rd
- 11065 Linden Depot Rd
- 11270 Linden Depot Rd
- 11006 Radiant Shore Loop
- 11222 Linden Depot Rd
- 11294 Linden Depot Rd
- 10970 Radiant Shore Loop

- 10510 Gable Dig Loop
- 11070 Radiant Shore Loop
- 10992 Radiant Shore Loop
- 11064 Radiant Shore Loop
- 11759 Radiant Shore Loop
- 11034 Radiant Shore Loop
- 11109 Linden Depot Rd
- 10523 Gable Dig Loop
- 11134 Linden Depot Rd
- 11058 Radiant Shore Loop
- 11079 Linden Depot Rd
- 11163 Linden Depot Rd
- 10499 Gable Dig Loop
- 11091 Radiant Shore Loop
- 11764 Radiant Shore Loop
- 11797 Radiant Shore Loop
- 10490 Gable Dig Loop
- 11277 Linden Depot Rd
- 10507 Gable Dig Loop
- 11084 Radiant Shore Loop
- 10460 Tupper Cay Dr
- 10615 Tupper Cay Dr
- 11796 Radiant Shore Loop
- 11009 Radiant Shore Loop
- 10583 Tupper Cay Dr
- 10540 Tupper Cay Dr
- 11139 Linden Depot Rd
- 11039 Radiant Shore Loop
- 11124 Linden Depot Rd
- 10964 Radiant Shore Loop
- 10474 Gable Dig Loop
- 10995 Radiant Shore Loop
- 11258 Linden Depot Rd
- 10609 Tupper Cay Dr
- 10510 Tupper Cay Dr
- 11164 Linden Depot Rd
- 10610 Tupper Cay Dr
- 10634 Tupper Cay Dr
- 11185 Linden Depot Rd
- 11194 Linden Depot Rd

- 11213 Linden Depot Rd
- 11150 Linden Depot Rd
- 10597 Tupper Cay Dr
- 11229 Linden Depot Rd
- 10548 Tupper Cay Dr
- 10534 Gable Dig Loop
- 11286 Linden Depot Rd
- 11245 Linden Depot Rd
- 10296 Trumpet Honeysuckle Way
- 10300 Trumpet Honeysuckle Way
- 10302 Trumpet Honeysuckle Way
- 10306 Trumpet Honeysuckle Way

15. Examples of Zillow Infringements are illustrated below:



























16. Zillow Infringements included the following information: "Builder: Lennar, Call: (863) 694-0575," Listing Provided by: Ben Goldstein 813-917-9080, LENNAR REALTY 813-917-9080," and "Source: Stellar MLS / MFRMLS, MLS# T3484408."

17. Defendant is not and has never been licensed to use or display Copyrighted Photographs. Defendant never contacted Plaintiff to seek permission to use Copyrighted Photographs in connection with its website or for any other purpose.

18. Upon information and belief, Defendant located copies of Copyrighted Photographs on the internet and, rather than contact Plaintiff to secure licenses, simply copied Copyrighted Photographs for its own commercial use.

19. Plaintiff first discovered Defendant's unauthorized use/display of Copyrighted Photographs on or about March 6, 2024. Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use. To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of Copyrighted Photographs.

## COUNT I: COPYRIGHT INFRINGEMENT

20. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

21. Copyrighted Photographs are original works of authorship, embodying copyrightable subject matter, and therefore subject to the full protection of the United States copyright laws (17 U.S.C. § 101 et seq.).

22. Lauren Baker owns a valid copyright in Copyrighted Photographs, having registered Copyrighted Photographs with the Register of Copyrights.

23. Plaintiff has standing to bring this lawsuit and assert the claim(s) herein as it has sufficient rights, title, and interest to such copyright.

24. Defendant reproduced, distributed, and publicly displayed Copyrighted Photographs without authorization from Plaintiff.

25. By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying Copyrighted Photographs for its own commercial purposes.

26. Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.

27. Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

28. Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of Copyrighted Photographs and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of Copyrighted Photographs, which amounts shall be proven at trial.

29. Alternatively, to the extent infringement by Defendant of Copyrighted Photographs occurred post-registration or within the three (3) month period between first publication and registration, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

30. To the extent infringement by Defendant of Copyrighted Photographs occurred post-registration or within the three (3) month period between first publication and registration, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendant's conduct pursuant to 17 U.S.C. § 505 for such infringement of the corresponding Copyrighted Photographs.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a.  A declaration that Defendant has infringed Plaintiff's copyrights in Copyrighted Photographs;

b.  A declaration that such infringement is willful (to the extent applicable);

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election (to the extent applicable), an award of statutory damages for willful infringement up to $150,000.00 for infringement of each photograph comprising the Work.

d. Awarding Plaintiff its costs and (if applicable) reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f. Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market Copyrighted Photographs or to participate or assist in any such activity; and

g. For such other relief as the Court deems just and proper.

## <u>JURY DEMAND</u>

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: September 30, 2024                                   Respectfully submitted,

*/s/ Janelle A. Weber*
Janelle A. Weber
Florida Bar No. 17630
Manta Law
4039 Gunn Highway
Tampa, FL 33618
813-982-3363, Telephone
jweber@mantalaw.com
*Counsel for Plaintiff*

-and-

*/s/ David C. Deal*
David C. Deal
VA Bar No. 86005
The Law Office of David C. Deal, P.L.C.
117 4th Street NE
Charlottesville, VA 22902
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*
*Pro Hac Vice Admission pending*
