UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23766-Civ-Scola/Lett

**LAUREN BAKER,**

    Plaintiff,

v.

**LENNAR REALTY, INC.**,

    Defendant.

_____/

**<u>ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT'S ORAL MOTION FOR PROTECTIVE ORDER</u>**

THIS CAUSE comes before the Court upon Defendant's Oral Motion for Protective Order Regarding Certain Deposition Topics ("Motion") [ECF No. 44]. Having reviewed the briefing supplied by the parties, *see* ECF Nos. 36, 38, heard argument regarding same, *see* ECF No. 42, and otherwise being fully advised in the premises, Defendant's Motion is **GRANTED *in part* and DENIED *in part***.

Accordingly, for the reasons stated on the record in open court, it is hereby **ORDERED and ADJUDGED** that:

1. The Motion is **GRANTED** as to Deposition Topic Nos. 3 and 8;

2. the Motion is **GRANTED *in part*** as to Deposition Topic Nos. 6 and 7 as the inquiry should be limited to photographs and other visual depictions. The Motion is **DENIED *in part*** as to Deposition Topic Nos. 6 and 7, insofar as inquiry can be made concerning third-party websites, including Realtor.com;

3. the Motion is **DENIED** as moot concerning Deposition Topic No. 9;

4. the Motion is **GRANTED** concerning Deposition Topic No. 10;

5. the Motion is **DENIED** concerning Deposition Topic No. 15.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 15th day of August, 2025.

*Enjoliqué A. Lett*

**ENJOLIQUÉ A. LETT**
**UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel of Record