**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LAUREN BAKER,<br><br>Plaintiff,<br><br>v.<br><br>LENNAR REALTY, INC.,<br><br>Defendant. | Civil Action No.:<br><br>1:24-cv-23766-RNS |

**Declaration of David C. Deal in Support of Plaintiff's Motion for Summary Judgment**

I, David C. Deal, of Charlottesville, Virginia, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the Commonwealth of Virginia, and The United States District Court for the Middle District of Tennessee. I am the lead attorney for Plaintiff Lauren Baker ("Baker" or "Plaintiff). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

2. In support of Baker's Motion for Summary Judgment, the following exhibits are attached hereto:

   a. 01 – a true and correct copy of the U.S. copyright registration for Baker's photographs at issue in this case;

   b. 02 – a true and correct copy of Baker's First Amended Complaint;

   c. 03 – a true and correct copy of Defendant's FRCP Rule 30(b)(6) deposition;

   d. 04 – true and correct copies of the documents produced by Stellar MLS in response to Plaintiff's subpoena (documents only);

e. 05 – true and correct copies of the documents produced by Stellar MLS in response to Plaintiff's subpoena (photographs only);

3. Under Federal Rule of Evidence 201, a court may take judicial notice of a fact "not subject to reasonable dispute" where it "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). Federal courts routinely take judicial notice of documents on file in federal or state courts. *Harris v. Cnty. Of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012).

4. Additionally, "[c]opyright certificates are the type of documents that the court may judicially notice under Rule 201(b)(2)." *Warren v. Fox Family Worldwide, Inc.*, 171 F. Supp. 2d 1057, 1062 (C.D. Cal. 2001). Similarly, courts may also take judicial notice of trademark registrations for marks registered on the principal registry of the United States Patent & Trademark Office. *Kythera Biopharmaceuticals, Inc. v. Lithera, Inc.*, 998 F. Supp. 2d 890, 897 (C.D. Cal. 2014).

5. The documents at issue here meet the Rule 201 standard and are the types of documents judicially noticed by courts in the Sixth Circuit given that they are on file in the Middle District of Tennessee, constitute copyright certificates issued by the U.S. Copyright Office or trademark certificates issued by the USPTO, or are publicly available and not reasonably subject to dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed: September 30, 2025, at Charlottesville, Virginia

Dated: September 30, 2025

**The Law Office of David C. Deal, P.L.C.**

*/s/ David C. Deal*
David C. Deal
117 4th Street NE
Charlottesville, VA 22902
Telephone: (434) 261-2704
Email: david@daviddeal.com
*Counsel for Plaintiff*
*Admitted Pro Hac Vice*